AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Stacey Lynn Stephens
DOB: XXXXXX

*Defendant(s)*

)
)
) Case No. 1:23-mj-64
) Assign to: Magistrate Judge Zia M. Faruqui
) Date: 03/24/2023
) Description: COMPLAINT WITH ARREST WARRANT
)
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ in the District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct on Capitol Grounds, |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in any of the Capitol Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Bela Schuler, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/24/2023

*Judge's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*