IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.:** |
| | : | |
| **v.** | : | **MAGISTRATE NO.: 23-mj-64** |
| | : | |
| **STACEY STEPHENS,** | : | **VIOLATIONS:** |
| | : | |
| **Defendant.** | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct on Capitol Grounds)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **any of the Capitol Buildings)** |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **STACEY STEPHENS**,

knowingly entered and remained in the United States Capitol, a restricted building, without lawful

authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18,
United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **STACEY STEPHENS**, knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engaged in disorderly and disruptive conduct in, and within such proximity to, the United States Capitol, a restricted building, when, and so that, such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **STACEY STEPHENS**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress or either House of Congress.

(**Disorderly Conduct on Capitol Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **STACEY STEPHENS**,

willfully and knowingly paraded, demonstrated, and picketed in a Capitol Building.

   (**Parading, Demonstrating, or Picketing in any of the Capitol Buildings**, in violation of
   Title 40, United States Code, Section 5104(e)(2)(G))

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

                      By:   _Doug Meisel_
                              DOUGLAS MEISEL
                              New York Bar No. 4581393
                              Trial Attorney
                              United States Department of Justice
                              145 N Street NE
                              Suite 2300
                              Washington DC, 20530
                              (202) 598-2281
                              Email: douglas.meisel@usdoj.gov