IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | CASE NO.: |
| | : | |
| v. | : | MAGISTRATE NO.: 23-mj-64 |
| | : | |
| STACEY STEPHENS, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct on Capitol Grounds) |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | any of the Capitol Buildings) |

**ENTRY OF APPEARANCE**

Mister/Madam Clerk:

Please enter the appearance of T. BROOKE HOWARD II, on behalf of the Defendant; STACEY STEPHENS.

Respectfully submitted,

T. BROOKE HOWARD II
Law Offices of Howard & Howard

**By:   /S/ T. Brooke Howard II**
T. Brooke Howard II, Esq. (VSB#84910)
Law Offices of Howard & Howard, PLC
7 Hotel Street
The California Building
Warrenton, Virginia 20186
Telephone: (540) 422-0100
Facsimile: (540) 422-0099
Email:  TBH@hhlawva.com

Counsel for Defendant



Howard & Howard
The California Bldg. (c1850)
Courthouse Square
—
7 Hotel Street
Warrenton, Virginia 20186
—
Tel: (540) 422-0100
Fax: (540) 422-0099
Email: INFO@HHLawVa.com

GENERATIONS OF OUR FAMILY,
PROTECTING YOURS
100 Years ANNIVERSARY
~1923 to 2023~