IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| | : Docket No.: 0090 1:23CR00134-001 |
| | : |
| STACEY STEPHENS, | : |
| | : |
| Defendant. | : |

**MOTION AND AFFIDAVIT TO AMEND RELEASE/BOND CONDITION**

CAME THIS DAY the Defendant, STACEY STEPHENS, by and through Counsel, and without objection from the Government, and moves this Honorable Court, pursuant to 18 USCS § 3143, and 18 USCS § 3142(b)(c), to amend certain release/bond conditions as set forth in the Court's initial 3/30/2023 Order Setting Conditions of Release and Appearance Bond Orders (hereinafter collectively "Bond Order"), and in support thereof does state the following:

1) In the Bond Order, specifically provision 7.d. and 7.e., Ms. Stephens was ordered to "surrender any passport to: Pretrial Services-Washington, D.C"….and to…"not obtain a passport or other international travel documents." **SEE Bond Order, attached hereto and incorporated by reference as if fully set forth herein as Exhibit A.**



Howard & Howard
The California Bldg. (c1850)
Courthouse Square
7 Hotel Street
Warrenton, Virginia 20186
Tel: (540) 422-0100
Fax: (540) 422-0099
Email: INFO@HHLawVa.com
GENERATIONS OF OUR FAMILY, PROTECTING YOURS
100 Years ANNIVERSARY
~1923 to 2023~

2) Ms. Stephens forfeited her Passport as instructed, and has neither held, nor attempted to acquire another, issued from the United States or otherwise, since surrender.

3) That said, on or about Tuesday, 9/5/23, Ms. Stephens' Husband, Mr. Stephen Larry Stephens, passed away on, succumbing to a long and hard-fought battle with cancer. In accordance with his final wishes, Ms. Stephens has planned his funeral arrangements and family gathering at his favorite place, Hotel Los Pescadores, located in Los Barriles, Baja Del Sur, Mexico.
She shipped his remains there for funeral preparations on 9-25-23. The funeral arrangements are scheduled for the week of October 15th – 21st, 2023. Ms. Stephens.

4) In light of these circumstances, Ms. Stephens is requesting that the specific provisions of her Bond Order as set forth above and herein be AMENDED, to:
   a. Permit her to travel outside of the United States to Hotel Los Pescadores, located in Los Barriles, Baja Del Sur, Mexico, between submission of this Motion and her Sentencing Event (which is being continued from 10/2/23 to one of three of the following dates – 10/30/23, 10/31/23, or 11/3/23);
   b. In order for her to travel as set forth above and herein, order that her Passport be returned to her by Pre-Trial Services, Washington, D.C., immediately upon entry of an order amending said Bond Conditions.

5) Ms. Stephens respectfully submits that, based upon her: i) compliance and behavior while on pre-trial services; ii) and all of the background facts and circumstances relevant to the Court's Bond analysis and determination, as set forth more particularly in her 9/22/23 Final Pre-Sentence Investigation Report, that the Court as can be reasonably assured of her appearance at her sentencing event, and that she is neither a danger to herself, nor the safety of any other person or the community. **SEE Bond Order, attached hereto and incorporated by reference as if fully set forth herein as Exhibit B.**

6) Finally, upon Defense Counsel's coordination with the Government's Counsel in this matter, the Government does not oppose the aforementioned requests.

WHEREFORE, based on the facts and circumstances set forth above and herein, and pursuant to 18 USCS § 3143, and 18 USCS § 3142(b)(c), your Defendant, STACEY STEPHENS, respectfully requests the Court to amend certain release/bond conditions as set forth in the Court's initial 3/30/2023 Order Setting Conditions of Release and Appearance Bond Orders, and more particularly, that: 1) The Court permit her to travel outside of the United States to Hotel Los Pescadores, located in Los Barriles, Baja Del Sur, Mexico, between submission of this Motion and her Sentencing Event (which is being continued from 10/2/23 to one of three of the following dates – 10/30/23, 10/31/23, or 11/3/23); 2) In order for her to travel as set forth above and herein, the Court order that her Passport be returned to her by Pre-Trial Services, Washington, D.C., immediately upon entry of an order amending said Bond Conditions; and 3) order whatever further relief to the Court finds just and appropriate.

Respectfully submitted,

STACEY STEPHENS
By Counsel

By: /S/ T. Brooke Howard II
**T. Brooke Howard II, Esq. (VSB#84910)(U.S. District Ct., D.C.#VA169)**
**Law Offices of Howard & Howard, PLC**
**7 Hotel Street**
**The California Building**
**Warrenton, Virginia 20186**
**Telephone: (540) 422-0100**
**Facsimile: (540) 422-0099**
**Email: TBH@hhlawva.com**
**Counsel for Defendant**

## AFFIDAVIT OF STACEY STEPHENS

Under penalty of perjury, I, STACEY STEPHENS, the undersigned affiant, does swear or affirm that all representations as set forth above and herein are true and accurate.

*Stacey L Stephens*
Stacey Stephens

COMMONWEALTH of VIRGINIA, in the County of FAUQUIER

Acknowledged, subscribed and sworn to before me this 4th day of October, 2023..

NOTARY REGISTRATION NUMBER 7690872

*K. Samantha Parris*
NOTARY PUBLIC (My commission expires: 09.30.26 )

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October 2023, a copy of the foregoing was forwarded via email, to:

Douglas Meisel, Esq.
Narcotic & Dangerous Drug Section
U.S. Department of Justice, Criminal Division
145 N Street NE, East Wing, Suite 2300
Washington, D.C. 20530
Office: (202) 598-2281
Cell: (202) 923-7821
douglas.meisel@usdoj.gov

By:   /S/ T. Brooke Howard II