IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| | : Docket No.: 0090 1:23CR00134-001 |
| | : |
| STACEY STEPHENS, | : |
| | : |
| Defendant. | : |

### ORDER TO AMEND BOND CONDITIONS

**CAME THIS DAY** the Defendant, **STACEY STEPHENS**, by and through Counsel, and without objection from the Government, upon her Motion and Affidavit to Amend Release/Bond Conditions (hereinafter "Motion"), and pursuant to 18 USCS § 3143, and 18 USCS § 3142(b)(c), and

**IT APPEARING TO THE COURT**, based on upon the facts and authority set forth in Defendant's Motion, that good cause exists to *AMEND* certain bond conditions imposed upon the Defendant in the the Court's initial 3/30/2023 Order Setting Conditions of Release and Appearance Bond Orders (hereinafter collectively "Bond Order"), and

**IT FURTHER APPEARING TO THE COURT**, that the Government does not object to the proposed amendments as set forth in Defendant's Motion, it is therefore



Howard & Howard

The California Bldg. (c1850)
Courthouse Square
—
7 Hotel Street
Warrenton, Virginia 20186
—
Tel: (540) 422-0100
Fax: (540) 422-0099
Email: INFO@HHLawVa.com

GENERATIONS OF OUR FAMILY, PROTECTING YOURS

100 Years Anniversary
~1923 to 2023~

**ORDERED** as follows:

1) That any and all conditions of the current Bond Order related to the surrender and/or possession of Defendant's passport to Pretrial Services-Washington D.C., including, but not limited to Provisions 7.d. and 7.e., are hereby **AMENDED** and **SUPERCEDED** as follows:

    a. Defendant's passport shall be returned to her forthwith upon entry of this Order, and that Pretrial Services-Washington D.C. shall coordinate said return to Defendant immediately upon entry of this Order;

2) That any and all conditions of the current Bond Order related to Defendant's travel outside of the Commonwealth of Virginia and the United States of America, are hereby **AMENDED** and **SUPERCEDED** as follows:

    a. Defendant is specifically permitted to travel outside of the United States to Hotel Los Pescadores, located in Los Barriles, Baja Del Sur, Mexico, between submission of this Motion and her Sentencing Event on October 31, 2023 at 2:00 p.m.

3) That any and all other terms and conditions of the current Bond Order not specifically amended/superseded as set forth above and herein remain in **FULL FORCE AND EFFECT**;

4) The Defendant is recognized to appear in this Court for sentencing on October 31, 2023 at 2:00 p.m.

_____
Hon. District Judge
Tanya S. Chutkan

_____
*Date and Time Entered*

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Stacey Stephens_
Stacey Stephens

**COMMONWEALTH of VIRGINIA, in the County of FAUQUIER**

Acknowledged, subscribed and sworn to before me this 4th day of October, 20 23 . .

NOTARY REGISTRATION NUMBER 7690872

_K. Samantha Parris_
NOTARY PUBLIC (My commission expires: 09-30-2024