UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **STACEY STEPHENS**, <br><br> Defendant. | Civil Action No. 23-cr-00134 (TSC) |

### ORDER

It is hereby ORDERED that Defendant's unopposed Amended Motion to Amend Bond Conditions is GRANTED. The bond conditions are amended as follows:

1. Any and all conditions of the current Bond Order related to the surrender and/or possession of Defendant's passport to Pretrial Services-Washington, D.C., including, but not limited to, Provisions 7.d and 7.e, are hereby AMENDED and SUPERSEDED as follows:

    a. Defendant's passport shall be returned to her forthwith upon entry of this Order, and that Pretrial Services-Washington, D.C., shall coordinate said return to Defendant immediately upon entry of this Order;

2. That any and all conditions of the current Bond Order related to Defendant's travel outside of the Commonwealth of Virginia and the United States of America are hereby AMENDED and SUPERSEDED as follows:

    a. Defendant is specifically permitted to travel outside of the United States to Hotel Los Pescadores, located in Los Barilles, Baja Del Sur, Mexico, between

       filing of this Order and her Sentencing Event on October 31, 2023, at 2:00 p.m.

3. That any and all other terms and conditions of the current Bond Order not specifically amended/superseded as set forth above and herein remain in FULL FORCE AND EFFECT;

4. Defendant is recognized to appear in this Court for sentencing on October 31, 2023, at 2:00 p.m.

Date: October 5, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge